# United States District Court

EASTERN DISTRICT OF TEXAS

FILED June 26 2008
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By_____Kyla Dean_____
DEPUTY

UNITED STATES OF AMERICA

V.

GOJO GEORGE

CRIMINAL COMPLAINT

1:08-MJ-129

I, Special Agent Tracy Massington, FBI, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about June 25, 2008, GOJO GEORGE, defendant herein, did use a facility or means of interstate or foreign commerce, namely a computer and the Internet, to knowingly persuade, induce, entice, or coerce or attempt to persuade, induce, entice or coerce an individual, who has not attained the age of 18 years, to engage in sexual activity that would be a violation of Texas Penal Code 22.011, Sexual Assault of a Child, all in violation of Title 18 U.S.C. § 2422(b) et seq. Further GOJO GEORGE, defendant herein, did travel in interstate commerce for the purpose of engaging in illicit sexual conduct, that is with a person under the age of eighteen years, in violation of Title 18 U.S.C. § 2423(b). I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts: See Attached Affidavit.

_____
Tracy Massington, Special Agent,
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence, on June 26, 2008, in Beaumont, Texas.

_____
HONORABLE KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE